**1045 TROMBLEY vs. AUDITOR GENERAL, 23 M., 471.**

To compel the issue and delivery of a warrant for the amount awarded as damages upon condemnation of certain lands for the use of the United States.

Denied October 10, 1891.


**1046 STEELE vs. AUDITOR GENERAL AND ATTORNEY GENERAL, No. 16007; 3 D. L. N., 751; 69 N. W., 738.**

To compel respondents to approve of an official bond executed by relator as principal, and the Fidelity and Deposit Company, of Maryland, as surety.

Granted December 28, 1896.


**1047 MORELAND vs. ATTORNEY GENERAL, No. 16158.**

To compel the Attorney General to file an application for mandamus against the Common Council of the City of Detroit.

Granted March 12, 1897.

See Moreland vs. Com. Coun., 1129.


**1048 YATES vs. ATTORNEY GENERAL, 41 M. 728.**


**1049 COOK vs. ATTORNEY GENERAL, 41 M., 728.**

The Supreme Court will not review the discretion of the Attorney General in refusing to file an information in the nature of a quo warranto against a railway corporation, where it is not clearly abused and where the proceeding could not benefit the relator.

Denied October 22, 1879.